**DENY and Opinion Filed May 26, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-21-00856-CV**
_____

**IN RE JUAN FLORES AND SAYRA FLORES, INDIVIDUALLY AND AS NEXT FRIENDS OF L.F., S.F. AND P.F., MINORS**, Relators

_____

**Original Proceeding from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-060568**
_____

**MEMORANDUM OPINION**
Before Justices Molberg[1], Reichek, and Goldstein
Opinion by Justice Reichek

In their petition for writ of mandamus, relators challenge the trial court's oral ruling denying relators' motion to reconsider sixteen topics that had previously been quashed for deposition of real party in interest's corporate representative.

Entitlement to mandamus relief requires relators to show that the trial court clearly abused its discretion and that they lack an adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding).

---

[1]  Justice Molberg dissents without opinion and would grant the writ.

Based on our review of the petition, response, reply, records on mandamus, and motions and responses filed in this proceeding, we conclude relators have failed to demonstrate an abuse of discretion. Accordingly, we deny relators' petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

Real party in interest filed a motion to deny the petition for unreasonable delay. Relator filed a motion to strike parts of real party's supplemental record. We deny the pending motions as moot.[2]

/Amanda L. Reichek/

AMANDA L. REICHEK
JUSTICE

210856F.P05

---

[2] We reviewed only that evidence that was before the trial court when it made its ruling.